UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCEL BONIN and MARTINE BONIN,

    Plaintiffs,

v.

                      Case No. 14-11290

STEVEN FRED ATCHISON,

    Defendant.
_____/

**ORDER OF DISMISSAL**

The court has been notified that the parties have reached a mutually agreeable resolution to the above-captioned matter. The terms of their resolution will be memorialized in writing by the parties. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.** Any party may reopen this case by **November 30, 2014**, by filing a "Notice of Reopening." If such a notice is filed, the case will be placed back on the court's active docket, with no further costs or fees to either party. Further, the parties may also submit a substitute, stipulated order of dismissal or judgment by **November 30, 2014**.

After November 30, 2014, in the absence of any further order of the court or filing by the parties, this dismissal will be with prejudice.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: October 19, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 19, 2014, by electronic and/or ordinary mail.

                                                   s/Lisa Wagner  
                                                   Case Manager and Deputy Clerk  
                                                   (313) 234-5522